## Margaret W. Newcomb *vs.* Charles O. Newcomb.

The court will not issue an execution for alimony under *St.* 1858, *c.* 47, without an affidavit that it is still unpaid, and notice to the respondent.

Motion for an execution for alimony heretofore allowed by the court, and unpaid.

*N. Morse,* in support of the motion, relied on *St.* 1858, *c.* 47, which gives this court the same powers for the enforcement of decrees of alimony " as it has for the enforcement of judgments or decrees in equity ; " and urged that an execution should be issued at once, since a notice to the respondent might defeat the very object of the application.

But the Court were of opinion that this should not be done without notice ; and ordered that, on affidavit of the petitioner that the alimony had not been paid or discharged, a notice should issue to the respondent to appear in two days, to show cause why execution should not issue.